UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

UNITED STATES OF AMERICA,                    Case No.: 08-M-257

       -against-                                    NOTICE OF APPEARANCE

GERSAIN MORENO ORTIZ,

               Defendant.

-------------------------------------------------------X

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

    Please enter my appearance as counsel in this case for:

Defendant GERSAIN MORENO ORTIZ.

    I am admitted to the bar of this Court.

Dated: February 26th, 2008

                                              _____/S/_____
                                              PAUL TESTAVERDE (PT0094)
                                              Attorney for Defendant
                                              GERSAIN MORENO ORTIZ
                                              40-42 National Street, Second Floor
                                              Corona, New York 11368-2321
                                              Telephone:  (718) 779-8282
                                              Fax:           (718) 779-3306
                                              E-mail: Paul@PaulTestaverde.com